# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Cory Paul Roy
Attorney at Law
P. O. Box 544
Marksville LA 71351

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 19, 2018

## REHEARING ACTION: December 19, 2018

**Docket Number: 18   00149-CA**

**LEMARR PIERITE**
**VERSUS**
**DG LOUISIANA, LLC**

**Appealed from Avoyelles Parish Case No. 2016-3415-B**

**BEFORE JUDGES:**

> Hon. Billy Howard Ezell
> Hon. Shannon J. Gremillion
> Hon. D. Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lemarr Pierite** has this day been

> **DENIED.**
> Gremillion, J., would grant the rehearing.

cc: Trevor C. Davies, Counsel for the Appellant